MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5065
    Fax: (408)-535-5066
    E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO GODINEZ-PEREZ,<br><br>Defendant. | NO. 12- CR-00670-LHK<br><br>STIPULATION AND [PROPOSED] ORDER DIRECTING THE UNITED STATES PROBATION OFFICE TO PREPARE A MODIFIED PRESENTENCE INVESTIGATION REPORT ADDRESSING ONLY THE DEFENDANT'S CRIMINAL HISTORY |

      Plaintiff United States of America, by and through its counsel Assistant United States Attorney, Thomas A. Colthurst, and defendant EDUARDO GODINEZ-PEREZ, by and through his attorney Robert E. Carey, Jr, Esq., hereby stipulate and agree that the United States Probation Office prepare a Modified Presentence Investigation Report that addresses only Mr. GODINEZ-PEREZ's criminal history. Counsel for Mr. GODINEZ-PEREZ is making arrangements to have his client sign a "Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty", and to have this document promptly filed with the Court.

STIPULATION AND [PROPOSED] ORDER
REGARDING MODIFIED PSR

1  IT IS SO STIPULATED

3  DATED: October 9, 2014              MELINDA HAAG
                                       United States Attorney

                                            /s/
                                       Thomas A. Colthurst
                                       Assistant United States Attorney

                                            /s/
                                       Robert E. Carey, Jr, Esq.
                                       Counsel for Defendant EDUARDO GODINEZ-PEREZ

ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the United States Probation Office shall prepare a Modified Presentence Investigation Report that addresses only defendant EDUARDO GODINEZ-PEREZ's criminal history.

IT IS SO ORDERED.

DATED:   10/15/2014

                                       _____
                                       THE HONORABLE LUCY H. KOH
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING MODIFIED PSR